IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. __3:05CR251-T__ |
| v. | ) | [42 USC 408(a)(7)(b)] |
| | ) | |
| NOE SANTIAGO-LOPEZ | ) | |
| | ) | INFORMATION |

RECEIVED
2005 OCT 17  P 4: 38

The United States Attorney charges:

## COUNT 1

That on or about May 17, 2002, within the Middle District of Alabama, defendant

NOE SANTIAGO-LOPEZ,

did knowingly with intent to deceive, falsely represent a number to be the Social Security account number assigned by the Secretary to him, when in fact such number is not the Social Security number assigned by the Secretary to him, in violation of Title 42, United States Code, Section 408(a)(7)(b).


_Susan R. Redmond_
Susan R. Redmond
Assistant United States Attorney