IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05-CR-00251-T |
| | ) | |
| NOE SANTIAGO-LOPEZ | ) | |

# **ORDER**

Pursuant to verbal notice that the Defendant desires to enter a plea to the felony information filed October 17, 2005, it is

**ORDERED** that this case is set for a **Rule 11 plea** hearing at **11:00 a.m. on Monday, October 31, 2005, in District Courtroom 4A,** Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, AL 36104.  If the defendant is in custody, the United States Marshal shall produce the defendant for the hearing.

Notice shall be given to the Court's interpreter and to the Federal Defender.

Done this 25th day of October, 2005.


/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE