AO 455 (Rev. 5/85)    Waiver of Indictment

# United States District Court

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

NOE SANTIAGO-LOPEZ

**WAIVER OF INDICTMENT**

Case Number: 3:05cr251-T

I, NOE SANTIAGO-LOPEZ, the above named defendant, who is accused of violation of Title 42, United States Code, Section 408(a)(7)B, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on October 31, 2005 prosecution by indictment and consent that the proceeding may be by
_____DATE_____
information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer