COURTROOM DEPUTY'S MINUTES  DATE: 10/31/2005
MIDDLE DISTRICT OF ALABAMA  DIGITAL RECORDING: 11:03 - 11:37 am
COURT REPORTER: Reisner

☐ ARRAIGNMENT   ☐ CHANGE OF PLEA   ☒ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB   DEPUTY CLERK: sql
CASE NUMBER: 3:05CR251-T   DEFENDANT NAME: Noe SANTIAGO-LOPEZ
AUSA: Redmond   DEFENDANT ATTORNEY: Christine Freeman

Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO: Spurlock
Interpreter present? ( )NO; (✓)YES   Name: Beverly Childress

M/Appt
Oral Order

☒ This is defendant's **FIRST APPEARANCE.**
☐ Financial Affidavit executed. **ORAL MOTION for appointment of Counsel.**
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☒ **WAIVER OF INDICTMENT** executed and filed.
☒ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:   ☐ Not Guilty
        ☒ Guilty as to:
            ☒ Count(s): 1
            ☐ Count(s): ___   ☐ dismissed on oral motion of USA
                              ☒ to be dismissed at sentencing
☒ Written plea agreement filed   ☐ ORDERED SEALED
☒ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts  1  .
☐ CRIMINAL TERM:   ☐ WAIVER OF SPEEDY TRIAL filed.
DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐   bond; ☐ summons; for:
    ☐ Trial on _____; ☐ Sentencing on _____
☒ ORDER: Defendant remanded to custody of U. S. Marshal for:
    ☐ Trial on _____; or ☒ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
                    ☐ Defendant requests time to secure new counsel