## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 3:05-CR-251-T** |
| ) | |
| **NOE SANTIAGO-LOPEZ** ) | |

### MOTION TO EXPEDITE SENTENCING

**COMES NOW** the defendant, **NOE SANTIAGO-LOPEZ**, by and through undersigned counsel, and respectfully moves this court to expedite his sentencing hearing.

1. Undersigned counsel has received the Presentence Report and has no objections to the preliminary guideline recommendations.

2. The Plea Agreement and Presentence Report support a sentence of "time served."

3. Mr. Santiago-Lopez has been in jail longer than four months on this matter.

4. The Immigration Custom Enforcement Agency has placed an immigration detainer on the defendant; therefore, it is likely that he will be deported as soon as his sentence is imposed.

**WHEREFORE, FOR THE REASONS ABOVE,** Mr. Santiago-Lopez respectfully requests that this Motion be granted and that this Court schedule a sentencing hearing at the Court's earliest possible date.

Dated this 3rd day of January 2006.

>Respectfully submitted,
>
>**s/Christine A. Freeman**
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for Noe Santiago-Lopez
>Office of the Federal Defenders for the
>Middle District of Alabama
>201 Monroe Street , Suite 407
>Montgomery, AL 36104
>TEL:  (334) 834-2099
>FAX:  (334) 834-0353
>E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:  Susan R. Redmond,  Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

>**s/Christine A. Freeman**
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for Noe Santiago-Lopez
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street , Suite 407
>Montgomery, AL 36104
>TEL:  (334) 834-2099
>FAX:  (334) 834-0353
>E-Mail: Christine_Freeman@fd.org