IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CRIMINAL ACTION NO. |
| ) | 3:05cr251-T |
| **NOE SANTIAGO-LOPEZ**   ) | |

<u>ORDER</u>

It is ORDERED as follows:

(1) Defendant Noe Santiago-Lopez's motion to expedite sentencing (Doc. No. 10) is granted.

(2) Sentencing for defendant Santiago-Lopez, now set for January 17, 2006, is reset for January 6, 2006, at 10:30 a.m., in the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2E, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 4th day of January, 2006.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE