# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON.  MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

DATE COMMENCED:     1/6/06          AT:   9:25 a.m.
DATE COMPLETED:     1/6/06          AT:   9:35 a.m.

UNITED STATES OF AMERICA         §
vs.                              §          CR. NO. 3:05CR251-F
                                 §
NOE SANTIAGO-LOPEZ               §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Susan Redmond | | Christine Freeman |

### COURT OFFICIALS PRESENT:

Meredyth Cohen, Law Clerk                Beverly Childress, Interpreter
Kelli Gregg, Courtroom Clerk             Al Lancaster, USPO
Jimmy Dickens, Court Reporter

### COURTROOM  PROCEEDINGS:

( X)  **Sentencing**

9:25 a.m. -    Court convenes.
               Interpreter is given the oath and sworn in with the Court.
               Defense counsel states the terms of the plea agreement to the
               Court.
               The Court will accept the plea agreement.
               The Court sentences defendant and advises him of his right to an
               appeal.
               Defendant is remanded to the U.S. Marshal's.
9:35 a.m. -    Court is in recess.